**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory MASON, a/k/a G,**
**Defendant–Appellant.**

**No. 09–6506.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2009.

Decided: Oct. 6, 2009.

Gregory Mason, Appellant Pro Se.

Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Mason appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mason,* No. 2:92–cr–00163–4 (E.D.Va. Dec. 15, 2009). We deny Mason's motion for appointment of counsel and dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*